Certificate Number: 05781-FLS-DE-041676604
Bankruptcy Case Number: 26-24971

05781-FLS-DE-041676604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 14, 2026, at 8:33 o'clock AM PST, Kimberly Packo-Johnson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: November 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President